**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JOSE ABEL VENTURA,

Petitioner,

v.

FERETI SEMAIA, et al.,

Respondents.

Case No. 5:26-cv-07009-SK

**ORDER STAYING PETITION AND ADMINISTRATIVELY CLOSING CASE**

A File No. 208-659-558

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 is STAYED until February 11, 2027. *See* 8 U.S.C. § 1231(a)(1)(B)(i). If by then petitioner has not been removed from the United States pursuant to his November 13, 2026 final order of removal to El Salvador, and he remains detained within the Central District of California, he may move to lift the stay and amend his § 2241 petition as warranted.[1] *See Zadvydas v. Davis*, 533 U.S. 678, 693 (2001).

Until then, the Clerk is directed to ADMINISTRATIVELY CLOSE this case and remove it from the court's active case docket. **If petitioner does not timely move to lift the stay consistent with this order, this action will be deemed voluntarily dismissed without prejudice—with no need for further court order—and remain closed**.

Meanwhile, the court RETAINS JURISDICTION under this case number over any future action, petition, motion, or application claiming that petitioner is being held in civil immigration custody within this federal district in violation of federal law. *See* 28 U.S.C. § 1651; *see also Eldridge v. Howard*, 70 F.4th 543, 551 (9th Cir. 2023) (abuse of the writ doctrine precludes reconsideration of claims that were or could have been raised in prior habeas petition).

IT IS SO ORDERED.

DATED: November 23, 2026

STEVE KIM
United States Magistrate Judge

[1] "Contrary to petitioner's contention, the circumstances around his arrest itself provide no independent basis for immediate release." *Mendez v. Senior Warden, Adelanto Det. Facility*, No. 5:26-CV-03901-DOC, 2026 WL 2449572, at *3 (C.D. Cal. Aug. 20, 2026). And "even crediting petitioner's account, release from custody would not follow as the proper § 2241 remedy for the mere absence of an arrest warrant or the failure to serve it." *Id.*